

**Contact Information**

Office Address:
1310 Martin Luther King Drive
PO Box 3427
Bloomington, IL 61702-3427

www.afnicollections.com
(877) 403-0938

Monday – Friday 7am-7pm Central

October 6, 2021                                           Collection Notice

**WHAT IS MY ACCOUNT INFORMATION?**

Original Creditor: STATE FARM BANK, F.S.B.
Original Creditor Account: 8547900306
Current Creditor: Afni, Inc.
Afni Inc, Account #: 046685344-02
Balance Due: $22,601.60

MEIR L RAPAPORT:

Your STATE FARM BANK, F.S.B. account has been acquired by Afni, Inc. for collection. Please take this opportunity to pay your account balance in full.

***Balance Due: $22,601.60***

We are committed to helping you resolve your debt. If you cannot pay the full balance, we may be able to resolve this account for an amount that is less than the current balance due. Please contact us.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of the debt or any portion thereof, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

**HOW CAN I MAKE PAYMENT?**

Afni accepts payment made via check, money order, check by phone or credit card.

- Pay online at www.afnicollections.com
- Call (877) 403-0938.
- Mail in payment using payment stub below.

***Additional Disclosures Below. Please Review***
(Additional disclosures may also be printed on the back of letter.)

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector.

All conversations with Afni may be recorded.

Make payment payable to Afni, Inc.
Please include Afni Account # on payment

DEPT 555
PO BOX 4115
CONCORD CA 94524

☒ Pay by Mail    ☐ Pay Online    ☎ Pay by Phone
Toll Free #: (877) 403-0938
Online: www.afnicollections.com
Original Creditor: STATE FARM BANK, F.S.B.
Original Creditor Account #: 8547900306
Afni, Inc. Account #: 046685344-02
Balance Due: $22,601.60

RETURN SERVICE REQUESTED

5  02046685344  995109  00002260160

MEIR L RAPAPORT
265 S FEDERAL HWY APT 271
DEERFIELD BEACH FL 33441-4161

RESPOND TO:

Afni, Inc.
PO Box 3427
Bloomington, IL 61702-3427

AFNDV-1006-1629155007-00739-767

S8910510739

CHANGE SERVICE REQUESTED

Pay Online at www.PRApay.com